**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

CHRISTOPHER ANDRES AGUIRRE,
a/k/a CHRIS RODRIGUEZ,

    Defendant - Appellant.

No. 17-2047
(D.C. No. 2:13-CR-02459-RB-1)
(D. N.M.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **McKAY**, and **EBEL**, Circuit Judges.
_____

    Defendant-Appellant Christopher Andres Aguirre pled guilty to being a felon in

possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and possessing a firearm

with an obliterated serial number, in violation of 18 U.S.C. § 922(k). The district court

based Mr. Aguirre's 110-month sentence in part on determining that Mr. Aguirre's prior

New Mexico conviction for conspiracy to commit armed robbery qualified as a crime of

violence under United States Sentencing Guideline § 4B1.2(a).

---

[*] After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination of
this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore
ordered submitted without oral argument. This order and judgment is not binding
precedent, except under the doctrines of law of the case, res judicata, and collateral
estoppel. It may be cited, however, for its persuasive value consistent with
Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Mr. Aguirre argues this determination was erroneous under this court's decision in *United States v. Martinez Cruz*, 836 F.3d 1305 (10th Cir. 2016). The Government agrees and posits that "[t]his Court should reverse Aguirre's sentence and remand for resentencing." Aplee. Br. at 6. We concur with the parties' analysis of this issue.

In his reply brief, Mr. Aguirre agrees with the Government that this court need not review an argument that he raised in his opening brief—that his prior conviction for making a threat in violation of 18 U.S.C. § 115(a)(1)(A) is a crime of violence, explaining that he would have the opportunity to present that argument at resentencing on remand. Reply Br. at 1.

For the foregoing reasons, we vacate Mr. Aguirre's sentence and remand for resentencing. The mandate shall issue forthwith.

Entered for the Court

Scott M. Matheson, Jr.
Circuit Judge